Decided September 18, 1996

## ALAN SYLVESTRE *v.* UNITED SERVICES AUTOMOBILE ASSOCIATION CASUALTY INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 42 Conn. App. 219 (AC 14874), is granted, limited to the following issue:

"Is a motor vehicle a 'hit and run vehicle whose operator cannot be identified' if, after an accident, the driver stops and is permitted by the injured party to leave the scene?"

The Supreme Court docket number is SC 15519.

*Peter T. Evans*, in support of the petition.

*Frederick M. O'Brien*, in opposition.

Decided September 18, 1996

## PATRICK MCMAHON *v.* AETNA LIFE AND CASUALTY COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 225 (AC 14284), is denied.

*Andrew C. Stabnick*, in support of the petition.

*Roger B. Calistro*, in opposition.